UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUFIS A JEFFERSON,

Plaintiff,

v.

DR. HUGHES LOCHARD,

Defendant.

Case No. 25-cv-01845-JPG

**MEMORANDUM AND ORDER**

This case is before the Court on Plaintiff Rufis Jefferson's Motion to Schedule a Hearing (Doc. 53) and Renewed Motion for Reconsideration (Doc. 54).

A. Motion to Schedule a Hearing (Doc. 53):

Plaintiff asks the Court to schedule a hearing so that it can clarify the status of appointed counsel, address the pending conflict-of-interest issue, and provide any necessary direction concerning a renewed motion for leave to amend. The Court declines to hold a hearing on these issues but will provide Plaintiff a status update regarding the appointment of counsel. On September 24, 2026, the Court granted Plaintiff's Motion for Recruitment of Counsel and assigned attorney Jared M. Walsh to represent Plaintiff (Doc. 48). On October 1, 2026, Mr. Walsh asked to be relieved from his assignment because of a conflict of interest (Doc. 50). On October 5, 2026, the Court relieved Mr. Walsh from the assignment, and appointed new counsel, Lindsay E. Wuller Aggarwal, to represent Plaintiff (Doc. 51). It ordered Ms. Wuller Aggarwal to enter her appearance by October 19, 2026. Plaintiff should allow Ms. Wuller Aggarwal time to enter her appearance and to contact him.

B. Renewed Motion for Reconsideration (Doc. 54):

It is not entirely clear what relief Plaintiff seeks in this motion. It appears that he wants the

Court to reconsider its October 5, 2026, Order (Doc. 52), which denied Plaintiff's Motion for Reconsideration (Doc. 49) because it was unsigned and because, after considering the Motion for Leave to File Amended Complaint (Doc. 38), Amended Complaint (Doc. 44), and Supplement (Doc. 45) together, the Court determined that Plaintiff had failed to state a claim. It also seems like he wants the Court to allow him to correct the Amended Complaint to state a claim and deem the corrected version timely filed under the deadline set by the Initial Scheduling Order (Doc. 27).

The Initial Scheduling Order gave Plaintiff until August 17, 2026, to file a motion for leave to amend the complaint. Plaintiff filed a Motion for Leave to File Amended Complaint on August 13, 2026, but the Court denied it because Plaintiff did not include a proposed first amended complaint with the motion. The Court now acknowledges that this was an error, as the motion did include a one-page Proposed Amended Complaint (Doc. 38-1). However, even if the Court had considered the attached Proposed Amended Complaint, it would have denied the motion for failure to state a claim against Dr. Hughes Lochard. Plaintiff then filed a standalone Amended Complaint and Supplement, which the Court struck for violating the Initial Scheduling Order and the Local Rules. Nevertheless, at Plaintiff's request, the Court considered the Motion for Leave to File Amended Complaint, Amended Complaint, and Supplement together and determined that Plaintiff failed to state a claim.

Plaintiff has failed to file an amended complaint that states a claim within the deadline set by the Initial Scheduling Order. He has been given two opportunities, and the Court will not give him a third. Plaintiff may file a new motion for leave to amend, but he must demonstrate good cause for the requested amendment. *See* FED. R. CIV. P. 16(b)(4). Now that Plaintiff has been appointed counsel, he is encouraged to consult with his attorney about whether to file a renewed

motion for leave to amend, if appropriate.

For the foregoing reasons, the Court **DENIES** Plaintiff's Motion to Schedule a Hearing (Doc. 53) and Renewed Motion for Reconsideration (Doc. 54). Plaintiff is **WARNED** that, once counsel enters an appearance, he should refrain from further communications with the Court.

**IT IS SO ORDERED.**
**DATED**: **October 16, 2026**

**J. PHIL GILBERT**
**United States District Judge**